**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Kimberly W., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:26-cv-203 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Social Security Administration, Frank Bisignano, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

In accordance with Supplemental Rules for Social Security 6, 7, and 8, it is **ORDERED** that (1) plaintiff's brief is due by November 16, 2026; (2) the Commissioner's responsive brief is due within thirty days after service of plaintiff's brief; and (3) plaintiff may file a reply brief within fourteen days after service of the Commissioner's brief.

It is further **ORDERED** that when providing citations to the record, the parties are to cite the transcript page numbers, rather than the ECF page and document numbers. And they are to refer to the plaintiff by their first name and the first initial of their last name.

Dated this 15th day of October, 2026.

*/s/ Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge